UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-DAM,<br><br>        Plaintiff,<br><br>    v.<br><br>RESORT AT LAKE TULLOCH, LLC,<br><br>        Defendant. | No.  1:19-cv-01536-DAD-EPG<br><br>ORDER GRANTING STIPULATION TO VACATE AND CONTINUE SETTLEMENT CONFERENCE<br><br>(ECF No. 14) |

On August 28, 2020, the Parties to this action filed a Stipulation to Vacate and Continue the Settlement Conference scheduled for September 11, 2020 (ECF No. 14), which is APPROVED. Based upon the Parties' Stipulation, the settlement conference scheduled for September 11, 2020 at 10:00 a.m. is VACATED and CONTINUED indefinitely to allow (1) for Defendant to produce documents, and (2) for the Parties to coordinate a settlement conference that also encompasses the action Tri-*Dam v. All Saints Rehab Properties, LLC*, Case No. 1:20-cv-00702-DAD-SKO.

IT IS SO ORDERED.

    Dated:  **August 31, 2020**                    /s/ Erica P. Grosjean
                                                                                                      UNITED STATES MAGISTRATE JUDGE