UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRI-DAM, | ) | Case No. 1:19-cv-01536-DAD-EPG |
| Plaintiff, | )<br>)<br>) | ORDER MODIFYING SCHEDULING ORDER |
| vs. | ) | |
| RESORT AT LAKE TULLOCH, LLC, | )<br>) | (ECF Nos. 11, 16) |
| Defendants. | )<br>) | |

Pursuant to the schedule proposed by the parties in their joint status report (ECF No. 16), IT IS ORDERED:

1. The Scheduling Conference Order (ECF No. 11), is modified as follows:

| Event | Current Date/Deadline | New Date/Deadline |
|---|---|---|
| Telephonic status conference | October 14, 2020 | April 12, 2021, at 10:30 am |
| Non-expert discovery cutoff | December 4, 2020 | April 30, 2021 |
| Expert disclosure deadline | January 29, 2020 | May 28, 2021 |
| Supplemental/rebuttal expert disclosure deadline | March 5, 2021 | June 30, 20201 |
| Expert discovery cutoff | April 1, 2021 | July 30, 2021 |
| Dispositive pretrial motion filing deadline | May 7, 2021 | August 31, 2021 |
| Pretrial conference | October 4, 2021 | February 7, 2022, at 1:30 pm Courtroom 5 (DAD) |

2. As to the telephonic status conference continued dated April 12, 2021, at 10:30 am, in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean: To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint status report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

3. All other terms and conditions of the Scheduling Conference Order (ECF No. 11) remain in full force and effect.

IT IS SO ORDERED.

Dated:  **October 14, 2020**                    /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE