UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-DAM,<br><br>    Plaintiff,<br><br>    v.<br><br>RESORT AT LAKE TOLLUCH, LLC,<br><br>    Defendant. | Case No. 1:19-cv-01536-DAD-EPG<br><br>ORDER GRANTING THIRD STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 25) |

Before the Court is the parties' stipulation to modify the Scheduling Order in this case and extend the deadlines for expert discovery and dispositive motions. (ECF No. 25.)

This is the parties' third request to modify the Scheduling Order. (ECF Nos. 16, 17, 22, 24.) On October 14, 2020, pursuant to the parties' stipulation, the Court entered an order modifying the deadlines for non-expert discovery, expert discovery, and dispositive motions and continuing the pretrial conference in order to facilitate settlement discussions as well as due to delays caused by the COVID-19 pandemic. (ECF Nos. 16, 17.) In relevant part, the Court extended the deadline for expert disclosures to May 28, 2021, the deadline for expert discovery to July 30, 2021, and the deadline for dispositive motions to August 31, 2021. (ECF No. 17.)

On April 12, 2021, the Court held a status conference with the parties and, at the parties' request, extended the deadline for non-expert discovery in order to facilitate settlement discussions. (ECF No. 24.) The parties were advised that this would be the final extension of the

non-expert discovery cutoff. (*Id.*) The parties also confirmed that they were not engaging in expert discovery. (*Id.*)

In their stipulation, the parties explain that they have continued to discuss settlement but progress was frustrated by an issue related to new construction on property titled to Defendant. (ECF No. 25.) The parties have discussed and tentatively agreed to a resolution of this issue and are currently negotiating a written settlement agreement. (*Id.*) In case the matter does not resolve, the parties request a deadline of September 15, 2021 to exchange land surveyor reports, an expert discovery cutoff of September 30, 2021, and a dispositive motion deadline of October 15, 2021. (*Id.*)

Although the parties previously represented that they were not engaging in expert discovery, in light of the representation that the issue requiring the exchange of land surveyor reports arose after the April 12, 2021 status conference, the Court will grant the parties' request. However, no further extensions or modifications of the Scheduling Order will be granted absent good cause, which will be narrowly construed.

Accordingly, IT IS HEREBY ORDERED that, pursuant to the parties' stipulation (ECF No. 25), the Scheduling Order (ECF No. 11) as previously modified (ECF Nos. 17, 24) is further modified as follows:

| Event | Deadline/Date |
| --- | --- |
| Expert disclosure deadline:[1] | September 15, 2021 |
| Expert discovery cutoff: | September 30, 2021 |
| Dispositive motion deadline: | October 15, 2021 |

///
///
///
///

---

[1] Expert disclosures may include the surveyor reports described in the parties' stipulation. (*See* ECF No. 25.)

2

The pretrial conference remains set for February 7, 2022, at 1:30 pm in Courtroom 5 (DAD). (*See* ECF No. 17.) All other terms and conditions of the Scheduling Order (ECF No. 11) remain in full force and effect.

IT IS SO ORDERED.

Dated:  **August 23, 2021**                           /s/ *Erica P. Grosjean*
                                                                   UNITED STATES MAGISTRATE JUDGE

3