UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-DAM,<br><br>            Plaintiff,<br><br>v.<br><br>RESORT AT LAKE TULLOCH, LLC,<br><br>            Defendant. | Case No. 1:19-cv-01536-DAD-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 35) |

On July 1, 2022, the parties filed a joint stipulation dismissing this action with prejudice subject to the terms of the parties' settlement agreement. (ECF No. 35). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case. The Court retains jurisdiction to enforce the settlement agreement.

IT IS SO ORDERED.

Dated: __**July 5, 2022**__             /s/ *Erica P. Grosjean*
                                                                   UNITED STATES MAGISTRATE JUDGE